AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | FLORIDA |
|---|---|---|

| UNITED STATES OF AMERICA<br>vs.<br>RICHARD VAIRO | COMMITMENT TO ANOTHER<br>DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| DISTRICT OF NEVADA | 25-CR-0027-JCM | SOUTHERN DISTRICT OF FLORIDA | 25-MJ-6133-AOV |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X  Indictment      ☐ Information      ☐ Complaint      ☐ PETITION

**charging a violation of**  18 U.S.C. § 1343

**DISTRICT OF OFFENSE:**

DISTRICT OF NEVADA

**WIRE FRAUD**

**CURRENT BOND STATUS:**

☐ Bail fixed at                              and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☑ Retained Own Counsel      ☐ Federal Defender Organization      ☐ CJA Attorney      ☐ None

**Interpreter Required?**      ☐ No      ✓ Yes      Language:  PORTUGUESE

SOUTHERN DISTRICT OF FLORIDA

TO: THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 2/28/25 | _Alicia O. Valle_ |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |