UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-6133

USA

                Plaintiff(s),

vs.

Richard Vairo

                Defendant(s).
_____/

FILED BY ☒ _____ D.C.

MAR 04 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

☑ Stored by Records Section in: ☐ Miami ☐ FTL ☑ WPB ☐

☑ Other (Explain): Government's Paper Exhibits re DE[17]

_____

☐ Attachments
(Exhibit list, Order of Court)

Exhibits Released by:
_Dimas Rodriguez_
(Deputy Clerk)

Signature: _Patrick Smith_
Print Name: PATRICK SMITH
Agency or Firm: US ATTORNEY
Address: 500 E. BROWARD BLVD, #700
FT LAUDERDALE, FL 33394
Telephone: 954 660 5144
Date: 3/4/2025

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record